# Notice:

# No  Application to Proceed I.F.P. or Filing Fee received.